Tanya SPICER, individually and on behalf of all similarly situated individuals, Plaintiff–Appellant,

v.

THE RYLAND GROUP, INC. d.b.a. Ryland Homes, Ryland Mortgage Co., Defendants–Appellees.

No. 07–15426.

United States Court of Appeals, Eleventh Circuit.

Sept. 16, 2008.

Gary F. Lynch, Carlson Lynch Ltd., New Castle, PA, for Plaintiff–Appellant.

David D. Christensen, R. Bruce Allensworth, Andrew C. Glass, Kirkpatrick & Lockhart Preston Gates Ellis, LLP, Boston, MA, Roger A. Chalmers, Robert Leonard Rothman, Arnall, Golden & Gregory, LLP, Atlanta, GA, for Defendants–Appellees.

Before WILSON and PRYOR, Circuit Judges, and MIDDLEBROOKS,* District Judge.

PER CURIAM:

Appellant, Tanya Spicer, on behalf of herself and a putative nationwide class of individuals, appeals the district court's order, granting a motion to dismiss in favor of Appellees, Ryland Group, Inc., that was based on the district court's determination

* Honorable Donald M. Middlebrooks, United States District Judge for the Southern District

that defendants' offering a discount on settlement services, conditioned upon the use of an affiliated business arrangement in this case was not a violation of the Real Estate Settlement Procedures Act, 12 U.S.C. §§ 2607(a) and (b). *See Spicer v. Ryland Group. Inc.*, 523 F.Supp.2d 1356 (N.D.Ga.2007). We have considered the briefs, the relevant parts of the record, and the well-reasoned opinion by the district court and conclude that the district court did not err, and properly granted Defendant–Appellees' motion to dismiss against Plaintiff–Appellant.

**AFFIRMED.**